

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2022

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. The sentencing control date for defendants Asencio-Viera, Figueroa-Sanchez, and Cruz-Fernandez is hereby ADJOURNED to April 28, 2023, at 4:00p.m.. The Clerk of Court is directed to terminate Doc. #802. SO ORDERED.*

*October 28, 2022*

Re:     ***United States v. Jorge Asencio-Viera***, S2 16 Cr. 387 (JMF),
        ***United States v. Harold Figueroa-Sanchez***, S3 16 Cr. 387 (JMF),
        ***United States v. Reinaldo Cruz-Fernandez***, S7 16 Cr. 387 (JMF)

Dear Judge Furman:

The Government writes to respectfully request an adjournment of the October 28, 2022 control date for the sentencings of Jorge Asencio-Viera, Harold Figueroa-Sanchez, and Reinaldo Cruz-Fernandez. These defendants' cooperation with the Government is not yet complete. Accordingly, the Government respectfully requests that the Court adjourn the control date for sentencing as to each defendant listed above for six months. In the event one of the above-listed defendants can be sentenced before that adjourn date, the parties will promptly notify the Court. Each listed defendant, through counsel, has consented to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jamie E. Bagliebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-1024

cc:     Defense counsel