

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 27, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to October 27, 2023, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #841. SO ORDERED.*

*[signature]*

*April 27, 2023*

Re:   *United States v. Reinaldo Cruz-Fernandez*, S7 16 Cr. 387 (JMF)

Dear Judge Furman:

The Government writes to respectfully request an adjournment of the April 28, 2023 control date for the sentencing of defendant Reinaldo Cruz-Fernandez. This defendant's cooperation with the Government is not yet complete. Accordingly, the Government respectfully requests that the Court adjourn the control date for sentencing for six months. In the event Cruz-Fernandez can be sentenced before that adjourn date, the parties will promptly notify the Court. Cruz-Fernandez, through counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jamie E. Bagliebter
Peter J. Davis
Jacob R. Fiddelman
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-1024

cc:   Elizabeth Macedonio, Esq.
      Carla Sanderson, Esq.