

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 27, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Reinaldo Cruz-Fernandez*, S7 16 Cr. 387 (JMF)

Dear Judge Furman:

    The Government writes with respect to the October 27, 2023 control date for the sentencing of defendant Reinaldo Cruz-Fernandez. The parties respectfully request that the Court schedule a firm sentencing proceeding for March 2024 and direct the Probation Office to prepare a presentence investigation report.

                                      Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

             by:   _____
                       Jamie E. Bagliebter
                       Peter J. Davis
                       Jacob R. Fiddelman
                       Justin V. Rodriguez
                       Assistant United States Attorneys
                       (212) 637-1024

cc:    Elizabeth Macedonio, Esq.
        Carla Sanderson, Esq.

Applications GRANTED. Sentencing is RESCHEDULED to March 19, 2024 at 3:00 p.m. The Government is directed to provide the Probation Officer with its factual statement within 7 days. Defense counsel must arrange for the defendant to be interviewed by the Probation Department within the next two weeks. The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Furman) for sentencing-related procedures and practices. Given the nature of the Defendant's plea, the Government's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Defendant's sentencing submission shall be served one week in advance of the date set for sentencing. The Clerk of Court is directed to terminate Doc. #877. SO ORDERED.

October 30, 2023