

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 28, 2024

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Reinaldo Cruz-Fernandez*, S7 16 Cr. 387 (JMF)

Dear Judge Furman:

  The Government writes to respectfully request that, due to the unavailability of defense counsel on August 6, 2024, the sentencing of defendant Reinaldo Cruz-Fernandez be rescheduled to Thursday, August 8, 2024, at 10:00 a.m., which the parties understand is a date and time at which the Court is available.

          Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney

     by: _____
       Jamie E. Bagliebter
       Peter J. Davis
       Jacob R. Fiddelman
       Justin V. Rodriguez
       Assistant United States Attorneys
       (212) 637-1024

cc: Elizabeth Macedonio, Esq.
   Carla Sanderson, Esq.

Application GRANTED. Sentencing is hereby RESCHEDULED for **August 8, 2024, at 10:00 a.m.** The Clerk of Court is directed to terminate Doc. #934. SO ORDERED.

June 28, 2024