

The Law Office of
Elizabeth E. Macedonio

52 Duane Street – 7ᵗʰ Floor – New York, New York 10007
Telephone • 917-533-5965 • Email: emacedonio@Yahoo.com

September 23, 2024

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Reinaldo Cruz-Fernandez
16 Cr. 387 (JM)

Dear Judge Furman:

  We write to update the Court with regard to Mr. Cruz-Fernandez's release plan.  After consultation with the various agencies, the Probation Department has approved the defendant's proposed plan.  Accordingly, with the consent of the Government and consistent with the sentence Your Honor imposed, the defense respectfully requests that the Court issue an amended judgment describing Mr. Cruz-Fernandez's sentence as "time served effective September 25, 2024," which will give the Bureau of Prisons sufficient time to coordinate appropriate logistics before Mr. Cruz-Fernandez's release.

  We thank Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*

Elizabeth E. Macedonio
Carla M. Sanderson
*Counsel for the Defendant*
*Reinaldo Cruz-Fernandez*

Application GRANTED. The Court will issue an Amended
Judgment. The Clerk of Court is directed to terminate Doc. #946.

SO ORDERED.

September 25, 2024